IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHARLES CLINE,**

    **Plaintiff,**

**v.**                                                          CIVIL ACTION NO. 2:07CV62
                                                             (Judge Keeley)

**ASSURANCE COMPANY OF AMERICA and
JEREMY CUSICK,**

    **Defendants.**

## ORDER DENYING MOTION FOR ENLARGEMENT OF TIME AS MOOT

On August 10, 2007, Defendant Assurance Company of America ("Assurance") filed a motion for enlargement of time to file an Answer. On August 14, 2007, the parties filed a stipulation extending the time to file an Answer. Assurance subsequently filed the Answer on September 11, 2007. Consequently, for docketing purposes the Court **DENIES AS MOOT** the motion for enlargement of time (dkt. no. 4).

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: January 16, 2008.

                                                   /s/ Irene M. Keeley
                                                   IRENE M. KEELEY
                                                   UNITED STATES DISTRICT JUDGE